

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-10-00427-CV

IN RE GO INTERESTS, LLC;                                                    RELATORS
GREGORY OBERT; GWENDOLYN
M. OBERT; GO HELICOPTERS,
INC.; HELITRANS COMPANY;
HILLTOP COMMERCIAL
HOLDINGS, INC.; AND GO
COLORADO 2007 REVOCABLE
TRUST

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  WALKER, DAUPHINOT, and MEIER, JJ.

DELIVERED:  December 3, 2010